JS-6

1  Stephen M. Doniger (SBN 179314)
   stephen@donigerlawfirm.com
2  Scott A. Burroughs (SBN 235718)
   scott@donigerlawfirm.com
3  Howard S. Han (SBN 243406)
4  hhan@donigerlawfirm.com
   DONIGER / BURROUGHS APC
5  603 Rose Avenue
6  Venice, California  90291
   Telephone: (310) 590-1820
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIRE, LLC, d/b/a RUNWAY TEXTILE, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THE TJX COMPANIES, INC.; *et al.*,<br><br>Defendants. | Case No.: CV-14-7123-GW (JEMx)<br><br>*Hon. George Wu Presiding*<br><br>**ORDER ON STIPULATION TO DISMISS THE ACTION** |

- 1 -

[PROPOSED] ORDER ON STIPULATION TO DISMISS THE ACTION

1 | Having reviewed the parties' Stipulation to Dismiss the Action and finding good cause thereon,

2

3 | IT IS HEREBY ORDERED that this Action is dismissed with prejudice. Each party shall bear his/its own attorney's fees and costs.

4

5

6 | SO ORDERED.

7

8 | Date: January 20, 2015          By: _*George H. Wu*_
9 |                                       Hon. George H. Wu
10 |                                      U.S. District Judge

- 2 -